IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE, WESTERN DIVISION

|  |  |
|---|---|
| DARREL K. THOMPSON, WILLIAM T. HOLT (deceased), LEATHA J. HOLT (next of kin), and NEWAIR MANUFACTURING, LLC,<br><br>       Plaintiffs<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC PUBLIC LIMITED COMPANY, MEDTRONIC USA, INC., STRYKER CORPORATION, PHYSIO-CONTROL INTERNATIONAL, INC., PHYSIO-CONTROL MANUFACTURING, INC., JOLIFE AB, and BAIN CAPITAL, INC.,<br><br>       Defendants. | No. 2:19-cv-2038-JPM-tmp |

**Notice of Death**

Plaintiffs, by and through Counsel, pursuant to Fed. R. Civ. P. 25(a)(2) hereby give notice to this Court that Leatha J. Holt has passed away, and the action is to be continued with the remaining Parties.

Respectfully submitted,

/s/ John Tennyson
John Tennyson (BPR No. 32777)
Dunham & Jones
424 Church St., Ste. 2000
Nashville, TN 37219
(615) 999-9999
john.tennyson@dunhamlaw.com

**Certificate of Service**

On this the 3 day of November, 2020, I hereby certify that a copy of the foregoing has been served on all Parties of record via this Court's CM/ECF filing system.

/s/ John Tennyson

John Tennyson
