# EXHIBIT A

424 CHURCH STREET, SUITE 2002
NASHVILLE, TENNESSEE 37219

TELEPHONE (615) 506-3108

DUNHAMLAWTENNESSEE.COM

November 11, 2020

Mr. Darrell Thompson
4628 Ellendale Rd.
Bartlett, TN 38135-1106

**Re: Darrell Thompson, *et al.*, v. Medtronic, *et al.*, No. 2:19-cv-2038-JPM-tmp (M.D. Tenn.) Motion to Withdraw**

Dear Mr. Archer:

Enclosed is a copy of a Motion to Withdraw which we will file in your case in fourteen (14) days pursuant to the Local Rules of the United States District Court for the Middle District of Tennessee. Please let me know if you consent to the withdrawal.

We would suggest you hire someone else to represent you in this matter. We are of the opinion that the rules of professional conduct require withdrawal. (Exhibit A).

If you want someone else to represent you in this matter, you should have him appear for you in the present case.

The reasons for the withdrawal are that: continue allegations of infringement would likely render this case exceptional under 35 U.S.C. § 285 for the reasons stated in the letter from the Stryker Defendants' attorney dated August 2, 2019, and attached hereto as Exhibit A.

We have spoken with you about voluntarily dismissing your case; however, as of last time we spoke you are against such a course of action.

If you have any questions about this matter, please contact us at your convenience.

Sincerely,

John Tennyson