# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TENNESSEE

| | |
|---|---|
| DARREL K. THOMPSON, WILLIAM T. HOLT (deceased), LEATHA J. HOLT (deceased), and NEWAIR MANUFACTURING, LLC,<br><br>Plaintiffs<br><br>v.<br><br>MEDTRONIC, INC., MEDTRONIC PUBLIC LIMITED COMPANY, MEDTRONIC USA, INC., STRYKER CORPORATION, PHYSIO-CONTROL INTERNATIONAL, INC., PHYSIO-CONTROL MANUFACTURING, INC., JOLIFE AB, and BAIN CAPITAL, INC.,<br><br>Defendants. | No. 2:19-cv-2038-JPM-tmp<br><br>No. 2:16-cv-3013-JPM-egb |

**Motion to Withdraw as Attorney of Record**

Comes now the undersigned attorney of record for the above-named defendant and moves to withdraw as counsel of record for the following reasons:

    1.    The client insists upon presenting a claim or defense that this attorney believes is not warranted under existing law and cannot be supported by good faith argument;

    2.    The client's conduct renders it unreasonably difficult for the lawyer to carry out his representation effectively; and,

    3.    Continuing representation would be an undue hardship on this attorney because by this Court's orders entered on November 3, 2020, the present actions were transferred to the United States District Court for the Western District of Michigan. (ECF 2:19-cv-2038 Doc. 65; and ECF

2:16-cv-3013 Doc. 70). This attorney is not admitted to practice in Michigan or in the United States District Court for the Western District of Michigan.

This attorney certifies that, pursuant to Local Rule 83.01(g), that he has given written notice to the Plaintiffs of his intention to withdraw at least fourteen (14) days prior to filing the motion to withdraw. (Exhibit A).

This attorney is of the opinion that the above-stated reason is compelling and that to allow this attorney to withdraw will not prejudice the client or the trial of this case.

Respectfully submitted,

_____
John Tennyson (BPR No. 32777)
Dunham & Jones
424 Church St., Ste. 2000
Nashville, TN 37219
(615) 999-9999
john.tennyson@dunhamlaw.com

## Certificate of Service

On this the _____ day of _____, 2020, I hereby certify that a copy of the foregoing has been served on all parties of record via operation of this Court's CM/ECF filing system.

_____
John Tennyson