UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DARRELL K. THOMPSON, et al.,

    Plaintiffs,

v.                                                           Hon. Robert J. Jonker

STRYKER CORPORATION, et al.,              Case No. 1:20-cv-01111

    Defendants.
_____/

## AMENDED REPORT AND RECOMMENDATION

This matter has been referred to the undersigned by the Honorable Robert J. Jonker for decision on all nondispositive motions and to conduct all necessary conferences pursuant to 28 U.S.C. § 636(b)(1)(A), and for report and recommendation on all dispositive matters under 28 U.S.C. § 636(b)(1)(B)

Pursuant to an order entered on January 5, 2021 (ECF No. 86), Plaintiff's counsel was permitted to withdraw and Plaintiffs were granted 28 days to retain new counsel. The order provided that because Plaintiff Newair Manufacturing, LLC is a limited liability company, it could only proceed in this court if represented by a licensed attorney. The order further warned that the failure of an attorney to file an appearance on behalf of Newair within the 28-day period may result in a dismissal.

Because the 28-day period has expired and no attorney has appeared on behalf of Newair, I recommend pursuant to 28 U.S.C. § 636(b)(1)(B) that the Court dismiss Plaintiff Newair Manufacturing, LLC from this case for noncompliance with the January 5, 2021 Order.

Date: February 8, 2021                                          /s/ Sally J. Berens
                                                                SALLY J. BERENS
                                                                U.S. Magistrate Judge


      OBJECTIONS to this Report and Recommendation must be filed with the Clerk of Court within 14 days of the date of service of this notice. 28 U.S.C. § 636(b)(1)(C). Failure to file objections within the specified time waives the right to appeal the District Court's order. *See Thomas v. Arn*, 474 U.S. 140 (1985); *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981).