UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRELL K. THOMPSON, et al.,

      Plaintiffs,

v.

      File no: 1:20-CV-1111

      HON. ROBERT J. JONKER

STRYKER CORPORATION, et al.,

      Defendants.
_____/

## ORDER APPROVING MAGISTRATE'S REPORT AND RECOMMENDATION

The Court has reviewed the Amended Report and Recommendation filed by the United States Magistrate Judge in this action on February 8, 2021 (ECF No. 92). The Report and Recommendation was duly served on the parties. No objections have been filed under 28 U.S.C. § 636(b)(1)(C).

**ACCORDINGLY, IT IS ORDERED** that the Amended Report and Recommendation of the Magistrate Judge (ECF No. 92) is approved and adopted as the opinion of the Court.

**IT IS FURTHER ORDERED** that Plaintiff Newair Manufacturing, LLC is dismissed from this action for noncompliance with the January 5, 2021 Court Order.

Date:  March 3, 2021              /s/ Robert J. Jonker,
                                                        ROBERT J. JONKER
                                                        CHIEF UNITED STATES DISTRICT JUDGE